Order Form (01/2005)

20cr922
Judge Manish S. Shah
Magistrate Judge Sheila M. Finnegan

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | Jeffrey I Cummings |
|---|---|---|---|
| **CASE NUMBER** | 20 GJ 1170 | **DATE** | DECEMBER 17, 2020 |
| **CASE TITLE** | U.S. v. CARLOS SMITH | | |

**DOCKET ENTRY TEXT**      **U N D E R   S E A L**

FILED DB
12/17/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### Grand Jury Proceeding

The Grand Jury for ___SPECIAL JANUARY 2020___ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

---

BENCH WARRANT TO ISSUE. THE GOVERMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142.

THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT THE NAME OF THE JUDGE, MAGISTRATE JUDGE, AND DOCKET NUMBER ASSIGNED TO THIS CASE IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANT.

PRIOR TO SEALING, THE GOVERNMENT REQUESTS THAT ONE (1) COPY OF THE ARREST WARRANT BE PROVIDED TO ASSISTANT U.S. ATTORNEY KELLY GREENING, KELLY.GREENING@USDOJ.GOV, AND TO INVESTIGATING LAW ENFORCEMENT AGENT, SPECIAL AGENT, RYAN KUCERA, RYAN.KUCERA@SBA.GOV, AND SPECIAL AGENT TERRANCE WILSON, TERRANCE.WILSON@CI.IRS.GOV, IN ORDER TO EXECUTE THE ARREST OF THE DEFENDANT.

THIS INFORMATION IS TO REMAIN SEALED UNTIL THE DEFENDANT IS ARRESTED, OR UNTIL FURTHER ORDER OF THE COURT.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                                                              UNDER SEAL)

Courtroom Deputy Initials: CC

Page 1 of 1