UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA,<br><br>            Plaintiff,<br>    v.<br><br>CARLOS SMITH,<br><br>            Defendant. | No. 20 CR 922<br><br>Judge Manish S. Shah |

ORDER

The Clerk of Court is directed to unseal this case and the Indictment.  The government may seek issuance of a summons for the defendant from the Clerk's Office.  An arraignment is set for 1/14/21 at 11:00 a.m.  The hearing shall proceed via telephone.  Members of the public and media may listen to these proceedings by dialing 1-888-204-5984 and using access code 9146677.  Counsel of record and other essential case participants will receive an email prior to the start of the telephone hearing with instructions to join the call.  Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

ENTER:

January 5, 2021

_____
Manish S. Shah
U.S. District Judge