AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)



FILED
1/11/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No. 20 CR 922

This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____

Usual place of abode *(if different from residence address)*: _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* 01/05/2021.

☒ I personally served the summons on this defendant Carlos Smith at *(place)* 191 Lester RD, Apt A, Park Forest, IL on *(date)* 01/06/2021; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organization's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: 01/06/2021

Terrance Wilson
Server's signature

Terrance Wilson, Special Agent (IRS-CI)
Printed name and title

Remarks:

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| United States of America<br>v.<br>Carlos Smith | ) ) ) ) ) ) ) Case No. 20 CR 922 |
|---|---|
| Defendant | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: Everett McKinley Dirksen United States Courthouse<br>219 South Dearborn Street<br>Chicago, Illinois 60604 | Courtroom No.: 1-888-204-5984, 9146677 |
|---|---|
| | Date and Time: January 14, 11:00 a.m. |

This offense is briefly described as follows:

Two counts of wire fraud, in violation of Title 18, United States Code, Section 1343, one count of making a false statement to a financial institution, in violation of Title 18, United States Code, Section 1014, and one count of money laundering, in violation of Title 18, United States Code, Section 1957.

Date: 01/05/2021

THOMAS G. BRUTON, CLERK

*Tina Lam*
*Issuing officer's signature*

Tina Lam / Operations Specialist
*Printed name and title*

I declare under penalty of perjury that I have:

☑ Executed and returned this summons ☐ Returned this summons unexecuted

Date: 01/06/2021

*Terrance Wilson*
*Server's signature*

Terrance Wilson, IRS Special Agent
*Printed name and title*