UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA, <br><br> Plaintiff, <br> v. <br><br> CARLOS SMITH, <br><br> Defendant. | No. 20 CR 922 <br><br> Judge Manish S. Shah |

ORDER

(00:10)

Arraignment proceedings held as to Carlos Smith. Defendant Smith consents to proceed via telephone. The court finds defendant unable to afford counsel. Kent Carlson of the Federal Defender Program is appointed to represent defendant under the CJA. Defendant acknowledges receipt of the indictment and waives formal reading. Defendant enters plea of not guilty to the charges in the Indictment. The parties are advised, under Federal Rule of Criminal Procedure 5(f)(1) and U.S. Supreme Court decisions including Brady v. Maryland, that the prosecutor has federal constitutional disclosure obligations in this case. The Court orders the government to comply with its Brady obligations. The parties are further advised that the government's failure to comply with its Brady obligations may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings. Local Criminal Rule 16.1(A) conference shall occur by 1/21/21. The parties shall file a status report on 2/23/21, with an update on the production and review of discovery, and whether a deadline for pretrial motions should be set. The court excludes time through 2/25/21 under 18 U.S.C. § 3161(h)(7) to serve the ends of justice, without objection. Excluding time will allow the parties the reasonable time necessary to effectively prepare the case, which includes time to produce and review discovery materials and consider pretrial motions. Such delay outweighs the interests of the public and the defendant in a speedy trial. The government and defense agree on certain conditions of release. Enter Order Setting Conditions of Release. Enter Appearance Bond. Defendant is directed to make arrangements for processing with the U.S. Marshal Service.

ENTER:

January 14, 2021

Manish S. Shah
U.S. District Judge