IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
Plaintiff,

Case Number **20 CR 922**

v.

Defendant.

**Carlos Smith**

Judge **SHAH**

## ORDER APPOINTING COUNSEL UNDER CJA

Name of Appointed Attorney: **Kent R. Carlson**

Person Represented: **Carlos Smith** Defendant number: **1** Under SEAL: YES or **NO**

Payment Category: **FELONY** MISDEMEANOR Type of Person Represented: **ADULT** JUVENILE OTHER
OTHER PETTY OFFENSE

Representation Type: BP **CC** CF CH DRI EW EX HC JU MA JRV JHB
MC ML NT OT PA PR PT SR WI WW

Court Order:
**APPOINTING COUNSEL** CO-COUNSEL STANBY COUNSEL
SUBS FOR FEDERAL DEFENDER SUBS FOR PANEL ATTORNEY SUBS FOR RETAINED ATTORNEY

Prior Attorney's name: _____

If associate(s) will be used, list name(s) below. If the associate rate differs from CJA hourly rate, list the rate next to the associate's name:

Signature of Presiding Judge: _[signature]_

Date of Order: 1/14/21

Nunc Pro Tunc Date: 1/7/21 or NONE

## ORDER APPOINTING INTERPRETER UNDER CJA

*Prior authorization shall be obtained for services in excess of $900.*

Expected to exceed: YES NO

Prior Authorization Approved: YES NO

Signature of Presiding Judge: _____

Date of Order: _____ Nunc Pro Tunc Date: _____ or NONE