# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: United States v Carlos Smith

Case Number: 20 CR 922
Judge Shah

An appearance is hereby filed by the undersigned as attorney for: CARLOS SMITH

Attorney name (type or print): KENT R. CARLSON

Firm: KENT R. CARLSON & ASSOC. P.C.

Street address: 53 W. Jackson Blvd #1550

City/State/Zip: Chicago IL 60604

Bar ID Number: 6187360
(See item 3 in instructions)

Telephone Number: 312-663-9601

Email Address: Kentrcarlson at sbcglobal.net

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☑ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on

Attorney signature: S/ [signature]
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015