wUNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS SMITH | No. 20 CR 922<br><br>Judge Manish S. Shah |

**MOTION FOR ENTRY OF UNOPPOSED
PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d), the United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, moves for the entry of an unopposed protective order, and in support thereof states as follows:

1.  The indictment in this case charges defendant with wire fraud, in violation of Title 18, United States Codes, Section 1343 (Counts 1-2); false statements to a financial institution, in violation of Title 18, United States Codes, Section 1014 (Count 3); and money laundering, in violation of Title 18, United States Code, Section 1957 (Count 4).

2.  The discovery to be provided by the government in this case includes sensitive information, whose unrestricted dissemination could adversely affect law enforcement interests and the privacy interests of third parties.

3.  The government has discussed the proposed protective order with counsel for defendant, who does not oppose the entry of the proposed order.

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order.

            Respectfully submitted,

            JOHN R. LAUSCH, JR.
            United States Attorney

By: /s/ *Kelly Greening*
    KELLY GREENING
    Assistant U.S. Attorney
    219 South Dearborn St., Rm. 500
    Chicago, Illinois 60604
    (312) 353-4095

Dated: January 15, 2021

1