UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS SMITH | No. 20 CR 922<br><br>Judge Manish S. Shah |

**GOVERNMENT'S UNOPPOSED MOTION**
**FOR EARLY RETURN OF TRIAL SUBPOENAS**

The United States of America, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, moves for the early return of trial subpoenas in this case. In support of its motion, the government states as follows:

1. The indictment in this case charges the defendant with wire fraud, in violation of Title 18, United States Codes, Section 1343 (Counts 1-2); false statements to a financial institution, in violation of Title 18, United States Codes, Section 1014 (Count 3); and money laundering, in violation of Title 18, United States Code, Section 1957 (Count 4).

2. A trial date in this case has not yet been set.

3. To facilitate discovery and any other evidence which will be presented at trial, and in order to allow the government and defense counsel adequate time to review any documents produced by third parties, the government requests that this Court order the early return of trial subpoenas to both parties under Fed. R. Crim. P. 17(c)(1).

4. The government further asks this Court to require each party that receives items designated in a trial subpoena to notify the other party of the receipt of such items promptly and to make those items reasonably available to the other party for inspection or copying.

5. Counsel for the defendant does not oppose this motion.

WHEREFORE, the government respectfully asks this Court to enter an order authorizing the early return of trial subpoenas.

           Respectfully submitted,

           JOHN R. LAUSCH, JR.
           United States Attorney

By:   /s/ *Kelly Greening*
       KELLY GREENING
       Assistant U.S. Attorney
       219 South Dearborn St., Rm. 500
       Chicago, Illinois 60604
       (312) 353-4095