# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Carlos Smith

Defendant.

Case No.: 1:20–cr–00922
Honorable Manish S. Shah

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 15, 2021:

MINUTE entry before the Honorable Manish S. Shah: as to Carlos Smith (1). The motions for entry of protective order [15] [16] are granted. Enter Protective Order Governing Discovery. The motion for early return of trial subpoenas [17] is granted and is reciprocal. Any party receiving items pursuant to an early return of a trial subpoena shall promptly notify the other party and make the items available for inspection or copying. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.