# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                Case No.: 1:20−cr−00922

                                                        Honorable Manish S. Shah

Carlos Smith

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 15, 2021:

      MINUTE entry before the Honorable Manish S. Shah: as to Carlos Smith. The request for a bench warrant is dismissed and the warrant issued is quashed. The Clerk of Court will forward a copy of this order to the U.S. Marshal's Service. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.