UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS SMITH | No. 20 CR 922<br><br>Judge Manish S. Shah |

**JOINT STATUS REPORT**

The United States of America, by its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, and defendant Carlos Smith, through his attorney, Kent Carlson, respectfully submit this joint status report in the above-referenced matter:

1. On December 17, 2020, defendant was charged by indictment with two counts of wire fraud, in violation of Title 18, United States Code, Section 1343; one count of making false statements to a financial institution, in violation of Title 18, United States Code, Section 1014; and one count of money laundering, in violation of Title 18, United States Code, Section 1957. Dkt. 1.

2. The government has produced Rule 16 materials and other discovery materials to the defense. The defense is not requesting a deadline for pretrial motions to be set.

3. The parties jointly request a status date in April 2021, to give the parties the opportunity to discuss a potential resolution of the case. The government moves

1

to exclude time in the interest of justice, without objection, until and through the status date, pursuant to 18 U.S.C. § 3161(h)(7)(A).

                                        Respectfully submitted,

                                        JOHN R. LAUSCH, JR.
                                        United States Attorney

BY:    /s *Kelly M. Greening*
         KELLY M. GREENING
         Assistant United States Attorney
         United States Attorney's Office
         219 S. Dearborn St.
         Chicago, Illinois 60604
         (312) 353-5300

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS SMITH | No. 20 CR 922<br><br>Judge Manish S. Shah |

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**JOINT STATUS REPORT**

was served pursuant to the district court's ECF system.

                                                   Respectfully submitted,

                                                   JOHN R. LAUSCH
                                                   United States Attorney

By:    */s Kelly M. Greening*
         KELLY M. GREENING
         Assistant United States Attorney
         219 South Dearborn Street 5th Floor
         Chicago, Illinois 60604
         (312) 353-5300