**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                         Case No.: 1:20–cr–00922
                                         Honorable Manish S. Shah

Carlos Smith

                          Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 22, 2021:

      MINUTE entry before the Honorable Manish S. Shah: as to Carlos Smith.
Telephone status hearing is set for 4/16/21 at 9:30 a.m. Time is excluded until 4/16/21
under the Speedy Trial Act, without objection, to serve the ends of justice. The delay is
necessary to give the parties time for effective preparation, which includes discovery
review and consideration of pretrial motions, and outweighs the interests of the public and
the defendant in a speedy trial. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.