

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name  KENT R. CARLSON

Firm  KENT R. CARLSON & ASSOCIATES

Street Address  53 W. JACKSON BLVD. #1523

City/State/Zip Code  CHICAGO, IL. 60604

Phone Number  312-663-9601

Email address  Kentrcarlson@sbcglobal.net

ARDC (Illinois State Bar members, only)  6187360

If you have previously filed an appearance with this court using a different name, enter that name.

N/A

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 18 CR 859 | USA -v- TORRES-PICO | BUCKLO |
| 19 CR 280 | USA -v- GORDON | LEE |
| 20 CR 577 | USA -v- ALVERIO | DOW |
| 20 CR 922 | USA -v- SMITH | SHAH |
| 17 CR 801 | USA -v- JIMENEZ | ALONSO |
| 16 CR 424 | USA -v- VONG | NORGLE |

Signature of Attorney     Date  March 15, 2021

Rev. 01272016