# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| | Plaintiff, | |
| v. | | Case No.: 1:20−cr−00922 |
| | | Honorable Manish S. Shah |
| Carlos Smith | | |
| | Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 16, 2021:

MINUTE entry before the Honorable Manish S. Shah: as to Carlos Smith. Telephone status hearing held. Defendant's appearance is waived for the hearing. Further telephone status hearing is set for 6/2/21 at 10:15 a.m. Time is excluded until 6/2/21 under the Speedy Trial Act, without objection, to serve the ends of justice. The delay is necessary to give the parties time for effective preparation, which includes time for the defense to review the plea agreement, consult with the client, and for the parties to engage in plea negotiations, and outweighs the interests of the public and the defendant in a speedy trial. The parties may email susan_mcclintic@ilnd.uscourts.gov to schedule a change of plea hearing before 6/2/21, if ready to do so. Members of the public and media may listen to these proceedings by dialing 1−888−204−5984 and using access code 9146677. Counsel of record and other essential case participants will receive an email prior to the start of the telephone hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.