## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                                   Case No.: 1:20–cr–00922

                                                                 Honorable Manish S. Shah

Carlos Smith

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 2, 2021:

      MINUTE entry before the Honorable Manish S. Shah: as to Carlos Smith. Telephone status hearing held. Defendant's appearance is waived for this hearing. By 7/14/21, the parties shall file a status report advising the court on when a change of plea hearing may be set. The parties may contact susan_mcclintic@ilnd.uscourts.gov prior to 7/14/21, if they are prepared to set the hearing date. Time is excluded until 7/16/21 under the Speedy Trial Act, without objection, to serve the ends of justice. The delay is necessary to give the parties time for effective preparation, which includes time for the defense to review the plea agreement with the defendant and finalize plea negotiations. That delay outweighs the interests of the public and the defendant in a speedy trial. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.