IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>    )<br>   v.        )<br>    )<br>CARLOS SMITH, )<br>        Defendant. ) | No. 20 CR 922<br>Judge Manish S. Shah |

## MOTION FOR LEAVE TO WITHDRAW

Now comes KENT R. CARLSON court appointed attorney of record for Defendant CARLOS SMITH and respectfully moves this Honorable Court for leave to withdraw his appearance as counsel for CARLOS SMITH. In support hereof, the following is asserted:

1. That CARLOS SMITH is charged with wire fraud and bank fraud in violation of 18 U.S.C. 1014, 1343, 1957.

2. That on March 14, 2021, counsel was appointed to represent CARLOS SMITH.

3. That there have developed irreconcilable differences between counsel and CARLOS SMITH, such that there has been a complete and total break-down of the attorney client relationship, such that counsel does not believe he can provide effective assistance of counsel to CARLOS SMITH.

4. Specifically CARLOS SMITH has advised counsel that he no longer wants counsel to represent him "fire yourself, let me get a new lawyer" as he believes counsel is not acting in his best interests and CARLOS SMITH believes counsel will not act in his best interests "a new lawyer I can trust and understands me better".

5. That due to the aforementioned counsel does not believe he can effectively continue to represent CARLOS SMITH.

6. That requiring CARLOS SMITH to proceed in this cause with current counsel would deny CARLOS SMITH, his valuable constitutional rights to the effective assistance of counsel, to a fair and just trial and due process of law.

For all the above and foregoing reasons, KENT R. CARLSON court appointed attorney of record for CARLOS SMITH prays this Honorable Court grant him leave to withdraw as attorney for Defendant CARLOS SMITH and for the appointment of new counsel.

Respectfully submitted,

s/Kent R. Carlson
KENT R. CARLSON & ASSOCIATES P.C.
53 W. Jackson Blvd. - Suite 1544
Chicago, Il. 60604
(312) 663-9601
kentrcarlson@sbcglobal.net

## **CERTIFICATE OF SERVICE**

The undersigned, hereby certifies that the following document:

## **MOTION TO WITHDRAW**

Was served on July 8, 2021, in accordance with Fed. R. Crim. P. 49, Local Rule 5.5 and the General Order on Electric Case Filing (ECF), pursuant to the District Court's system as to ECF filers.

s/Kent R. Carlson
KENT R. CARLSON & ASSOCIATES P.C.
53 W. Jackson Blvd. - Suite 1544
Chicago, Il. 60604
(312) 663-9601
kentrcarlson@sbcglobal.net
