# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                    Case No.: 1:20–cr–00922

                                                         Honorable Manish S. Shah

Carlos Smith

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 22, 2021:

      MINUTE entry before the Honorable Manish S. Shah: as to Carlos Smith. The parties shall file a joint status report on 10/21/21. The court expects the parties to report specific progress on resolving the case short of trial or their readiness to set the matter for trial. Time is excluded under the Speedy Trial Act until 10/25/21, without objection, to serve the ends of justice. The delay is necessary to give the parties time for effective preparation, which includes recently appointed counsel#039;s discovery review and client consultation, and outweighs the interests of the public and the defendant in a speedy trial. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.