UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS SMITH | No. 20 CR 922<br><br>Judge Manish S. Shah |

**JOINT STATUS REPORT**

The United States of America, by its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, and defendant Carlos Smith, through his attorney, Dena Singer, respectfully submit this joint status report in the above-referenced matter:

1.   On December 17, 2020, defendant was charged by indictment with two counts of wire fraud, in violation of Title 18, United States Code, Section 1343; one count of making false statements to a financial institution, in violation of Title 18, United States Code, Section 1014; and one count of money laundering, in violation of Title 18, United States Code, Section 1957. Dkt. 1.

2.   The government produced Rule 16 materials and other discovery materials to the defense. In March 2021, the government also sent to the defense a proposed plea agreement.

3.   On July 9, 2021, prior defense counsel filed a motion to withdraw as attorney. Dkt. 27. On July 16, 2021, this Court granted the motion to withdraw, and new defense counsel, Dena Singer, was appointed. Dkt. 30.

1

4. Defense counsel requests an additional 30 days to review discovery with the defendant.

5. Based on the length of time since indictment and the likelihood that the Court's trial calendar is filling up for 2022, the government requests that the Court set a trial date for this matter. The government anticipates the case in chief, including jury selection, would take no longer than one week.

6. The government moves to exclude time through the trial date (or, alternatively, through the next status date, if the Court does not set a trial date) in the interest of justice, without objection, until and through the trial date (or, alternatively, the next status date), pursuant to 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

BY: /s *Kelly M. Greening*
KELLY M. GREENING
Assistant United States Attorney
United States Attorney's Office
219 S. Dearborn St.
Chicago, Illinois 60604
(312) 353-5300

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>CARLOS SMITH | No. 20 CR 922<br><br>Judge Manish S. Shah |

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**JOINT STATUS REPORT**

was served pursuant to the district court's ECF system.

Respectfully submitted,

JOHN R. LAUSCH
United States Attorney

By:    */s Kelly M. Greening*
KELLY M. GREENING
Assistant United States Attorney
219 South Dearborn Street 5th Floor
Chicago, Illinois 60604
(312) 353-5300

3