# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                     Case No.: 1:20–cr–00922

                                                           Honorable Manish S. Shah

Carlos Smith

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 21, 2021:

      MINUTE entry before the Honorable Manish S. Shah: as to Carlos Smith. The parties shall file a status report stating their availability for trial the week of April 4, 2022, and any time starting the week of July 11, 2022 or later. The status report is due 11/18/21. The court will set a trial date after review of the status report. Time is excluded until 11/23/21 under the Speedy Trial Act, without objection, to serve the ends of justice. The delay is necessary to give the parties time for effective preparation, which includes defense counsel's ongoing discovery review, and outweighs the interests of the public and defendant in a speedy trial. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.