UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS SMITH | No. 20 CR 922<br><br>Judge Manish S. Shah |

**JOINT STATUS REPORT**

The United States of America, by its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, and defendant Carlos Smith, through his attorney, Dena Singer, respectfully submit this joint status report in the above-referenced matter:

1. On December 17, 2020, defendant was charged by indictment with two counts of wire fraud, in violation of Title 18, United States Code, Section 1343; one count of making false statements to a financial institution, in violation of Title 18, United States Code, Section 1014; and one count of money laundering, in violation of Title 18, United States Code, Section 1957. Dkt. 1.

2. The government produced Rule 16 materials and other discovery materials to the defense. In March 2021, the government also sent to the defense a proposed plea agreement.

3. On July 9, 2021, prior defense counsel filed a motion to withdraw as attorney. Dkt. 27. On July 16, 2021, this Court granted the motion to withdraw, and new defense counsel, Dena Singer, was appointed. Dkt. 30.

1

4.     On October 19, 2021, the parties filed the most recent status report. Dkt. 34. In that status report, the government requested that the Court set a trial date for this matter, based on the length of time since indictment and the likelihood that the Court's trial calendar is filling up for 2022. The government anticipates the case in chief, including jury selection, would take no longer than one week. The Court ordered the parties to file a status report with available dates for trial. Dkt. 35.

5.     The parties have conferred and are available for trial on the following weeks: the week of July 25, 2022; August 8, 2022; or September 27, 2022. If the Court selects the week of September 27, 2022, the parties would be available to start the Tuesday (September 27) and are not available the Monday (September 26) due to the holiday.

6.     The government moves to exclude time through the trial date in the interest of justice, without objection, until and through the trial date, pursuant to 18 U.S.C. § 3161(h)(7)(A).

    Respectfully submitted,

    JOHN R. LAUSCH, JR.
    United States Attorney

BY:     /s *Kelly M. Greening*
    KELLY M. GREENING
    Assistant United States Attorney
    United States Attorney's Office
    219 S. Dearborn St.
    Chicago, Illinois 60604
    (312) 353-5300

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>CARLOS SMITH | No. 20 CR 922<br><br>Judge Manish S. Shah |

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**JOINT STATUS REPORT**

was served pursuant to the district court's ECF system.

    Respectfully submitted,

    JOHN R. LAUSCH
    United States Attorney

By:    */s Kelly M. Greening*
    KELLY M. GREENING
    Assistant United States Attorney
    219 South Dearborn Street 5th Floor
    Chicago, Illinois 60604
    (312) 353-5300