# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                                    Case No.: 1:20–cr–00922
                                                        Honorable Manish S. Shah

Carlos Smith

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 9, 2021:

      MINUTE entry before the Honorable Manish S. Shah: as to Carlos Smith. Jury trial is set for 7/25/22 at 9:30 a.m. Proposed jury instructions and motions in limine shall be filed by 7/11/22. Responses to motions in limine are due 7/18/22. A pretrial conference is set for 7/20/22 at 1:30 p.m. Proposed jury instructions, statement of the case, list of names of witnesses or people who may be mentioned at trial, and proposed jury selection questions shall be submitted in Microsoft Word format to proposed_order_shah@ilnd.uscourts.gov by 7/11/22. Time is excluded under the Speedy Trial Act until 7/25/22, to serve the ends of justice. The delay is necessary to give the parties time for effective preparation and outweighs the interests of the public and defendant in a speedy trial. The parties shall file a status report on 1/26/22 confirming that the case is in a trial posture or with an update on potential resolution short of trial. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.