UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS SMITH | No. 20 CR 922<br><br>Judge Manish S. Shah |

## JOINT STATUS REPORT

The United States of America, by its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, and defendant Carlos Smith, through his attorney, Dena Singer, respectfully submit this joint status report in the above-referenced matter:

1. On December 17, 2020, defendant was charged by indictment with two counts of wire fraud, in violation of Title 18, United States Code, Section 1343; one count of making false statements to a financial institution, in violation of Title 18, United States Code, Section 1014; and one count of money laundering, in violation of Title 18, United States Code, Section 1957. Dkt. 1.

2. On November 8, 2021, the parties filed the most recent status report. Dkt. 36. In that status report, the parties presented potential trial dates for the Court. *Id*.

3. On November 9, 2021, this Court set a trial date for July 25, 2022, and excluded time through the trial date. Dkt. 37. The Court also ordered that the parties

file a status report on January 26, 2022, indicating whether the case is still in a trial posture or headed for a resolution short of trial.

    4.    The parties have conferred and expect that this case will go to trial on July 25, 2022.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

BY:    /s *Kelly M. Greening*
KELLY M. GREENING
Assistant United States Attorney
United States Attorney's Office
219 S. Dearborn St.
Chicago, Illinois 60604
(312) 353-5300

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 20 CR 922 |
| v. | |
| CARLOS SMITH | Judge Manish S. Shah |

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**JOINT STATUS REPORT**

was served pursuant to the district court's ECF system.

          Respectfully submitted,

          JOHN R. LAUSCH
          United States Attorney

By:    */s Kelly M. Greening*
        KELLY M. GREENING
        Assistant United States Attorney
        219 South Dearborn Street 5th Floor
        Chicago, Illinois 60604
        (312) 353-5300