**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.   Case No.: 1:20–cr–00922
Honorable Manish S. Shah

Carlos Smith

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 27, 2022:

MINUTE entry before the Honorable Manish S. Shah: Trial remains set for 7/25/22, and the pretrial filing deadlines remain as set. Pretrial conference remains set for 7/20/22 at 1:30 p.m. Time remains excluded under the Speedy Trial Act until 7/25/22. (mss)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.