UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   20 CR 922 |
| v. | ) | |
| | ) | Honorable Manish S. Shah |
| CARLOS SMITH | ) | |
| | ) | |

## DESIGNATION OF ATTORNEY FOR THE GOVERNMENT

The United States of America, by and through its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, hereby presents notice that the undersigned Assistant United States Attorney has been designated to represent the government in the above captioned case.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:     /s/ *Christine M. O'Neill*
CHRISTINE M. O'NEILL
Assistant United States Attorneys
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4305