UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 20 CR 922 |
| | ) | |
| v. | ) | Honorable Manish S. Shah |
| | ) | |
| CARLOS SMITH | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case with respect to the United States. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:     *s/Megan Donohue*
        MEGAN DONOHUE
        Assistant United States Attorney
        219 South Dearborn Street, Fifth Floor
        Chicago, Illinois 60604
        (312) 353-1877

Dated: May 12, 2022