UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA,<br>        Plaintiff,<br>   v.<br>CARLOS SMITH,<br>        Defendant. | No. 20 CR 922<br><br>Judge Manish S. Shah |

### ORDER

(00:35)

Change of plea hearing held. Defendant consents to proceed via video. This Order memorializes the required findings under CARES Act § 15002(b)(2)(A), Pub. L. No. 116-136, 134 Stat. 281. By order dated June 14, 2022, the Chief Judge found that felony pleas cannot be conducted in person in this district without seriously jeopardizing public health and safety. Under Section 15002(b)(2)(A), the assigned judge finds that further delay of this hearing would cause serious harm to the interests of justice, because continued delays harm the public interest in the speedy resolution of criminal cases. The defendant has a strong interest in resolving his involvement in the federal criminal justice system without further delay. It is in the interests of justice to resolve this prosecution as soon as possible. Therefore, pursuant to Section 15002(b)(2)(A), the hearing proceeded by video conferencing. Change of plea hearing held. Defendant informed of his rights and the charges against him. Defendant enters a plea of guilty to Counts 1 and 4 of the Indictment, pursuant to a written plea agreement. The court finds the defendant competent to enter a guilty plea, and defendant's guilty plea is knowing, voluntary, and supported by an adequate factual basis. The court accepts the defendant's guilty plea. Enter Plea Agreement. The court enters a finding of guilt as to defendant Carlos Smith. This case is referred to the Probation Office for preparation of the presentence report. The government shall submit its version of the offense to the Probation Office by July 8, 2022. Defendant must submit his version to the Probation Office by July 15, 2022. See Local Criminal Rule 32.1(e). Pursuant to Local Criminal Rule 32.1(f), the court gives notice to the Probation Office and directs it to disclose (with the PSR) the Probation Office's sentencing recommendation to counsel for the defendant and the government. Presentence report is due September 20, 2022. Sentencing memoranda with objections to the presentence report and discussing 18 U.S.C. § 3553(a) factors must be filed (in one combined filing per side) by October 11, 2022. Any responses must be filed by October 18, 2022. Failure to file the memoranda by that deadline risks waiver of any objections to the presentence report. Sentencing is set for October 25, 2022, at 10:30 a.m. All pretrial deadlines and trial dates are stricken. Defendant's conditions of pretrial release remain in place pending sentencing.

June 22, 2022

                                                         Manish S. Shah
                                                         U.S. District Judge