IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　Plaintiff,<br><br>　v.<br><br>CARLOS SMITH,<br><br>　Defendant. | 20 CR 922 |

**Defendant's Unopposed Motion to Continue Sentence Hearing and Filings**

　　Defendant, CARLOS SMITH, through his attorney, Dena M. Singer, respectfully requests this Court to continue the sentencing hearing to a date after October 31, 2022, and continue the date to submit accompanying filings. In support, Mr. Smith states as follows:

1. On June 22, 2022, Mr. Smith pled guilty to counts one and four of the information. (Dkt. 44).

2. Sentencing is set for October 25, 2022 with filings due on October 11, 2022. (Dkt. 44).

3. Undersigned counsel has a trial scheduled to start October 11, 2022 which interferes with the preparation for sentencing and necessary sentencing filings in this matter.

4. Defense counsel has conferred with the government attorney in this case who does not oppose this request. The defense is asking for a sentencing date after October 31, 2022.

　　WHEREFORE, the undersigned counsel is respectfully asking this court to continue the sentencing date after October 31, 2022.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: s/ Dena M. Singer

　　　　　　　　　　　　　　　　　　　　Dena M. Singer
　　　　　　　　　　　　　　　　　　　　Bedi & Singer, LLP
　　　　　　　　　　　　　　　　　　　　53 West Jackson Blvd, Suite 1505
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60604
　　　　　　　　　　　　　　　　　　　　Phone: (312) 525-2017
　　　　　　　　　　　　　　　　　　　　dsinger@bedisinger.com

**Attorney for Defendant**

## **Certificate of Service**

I, Dena M. Singer, I hereby certify, I caused a copy of the foregoing Motion to be served on upon the Assistant United States Attorney by causing it to be electronically filed with the Clerk of the Court by using the CM/ECF system

By: s/ Dena M. Singer

Dena M. Singer