# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                             Plaintiff,

v.                                              Case No.: 1:20–cr–00922
                                                Honorable Manish S. Shah

Carlos Smith

                             Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 26, 2022:

     MINUTE entry before the Honorable Manish S. Shah: The motion to extend the sentencing date [48] is granted as to Carlos Smith (1). The sentencing on 10/25/22 is stricken. The courtroom deputy has emailed the parties potential new sentencing dates. They are directed to consult one another and respond to her email when possible. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.