# Exhibit 2

To Whom This May Concern,

This Letter Is for the courts to get to know Carlos for the person and brother he is to me.

My Name is Jaton Smith i am the youngest of 4 kids. I am 46 years old, I work in home Health Care providing daily assistance to the elderly.

Carlos is my oldest brother and love of my life he is family oriented and loves for every one around him to be happy he gets his happiness from everyone around him being happy , my brother cares more about family and friends than he do himself, he is thoughtful in this way, my brother carlos has overcome in my eyes many obstacles in his life he is very head strong , smart and resilient he rarely gives up he always thinking things through. Carlos grew up on the south side of chicago were we were lower class citizens our father could only provide meals and a roof over our heads if we wanted anything else we had to get out and work for it, my brother carried groceries to cars at the local grocery store just to be able to buy snacks for his siblings he has always had a caring and sharing heart, as a teenager carlos kept the neighborhood gangs from trying to recruit his younger brother by standing up to them only to be beating and thrown through the local grocery store window were carlos and my brother went to try to make some money, when my father found out of the gangs threat carlos was about to finish high school and was sent to the military by our father, carlos was always a A student and my father knew he had a bright future ahead of him. My brother Carlos is loved by everyone he meets neighbors, strangers he can spark a converstion with anyone and make a new friend, he likes to have at home barbeques were neighbors, friends, Church family, as well as immediate family were always welcome and treated like royalty my brother loves people around him it gives him joy seeing everyone happy and enjoying the food and beverages. Carlos has always been a hard worker top sales or promoted quickly he is smart and always told you could run a company by yourself joking by co workers. My brother knows i am a single mother raising three children and my car is vital to me he never let me be without transportation always offering to help me get it fixed he has been a savior to me many times. Everyone that loves carlos needs his strength kind heart and resilence around all the time he gives life to those around him and we would love nothing more than to keep him around shedding his ray of energy and love to those of us that holds him dear to our hearts.

Thank You,

Jaton Smith

*Jaton Smith*
*8-17-2022*