# Exhibit 3

"To Whom this May Concern"

I'm Lillian Adele Nelson, Smith Carlos Mother, I am 74 years of Age. His Dad was Julius D. Smith Senior, He is No Longer Living, He died About 15 years ago of a Heart Attack after working 25 years for City of Chicago to take care of his 4 kids and a wife, Carlos Father Raised him with valuables, He told me his wife to stay home, raise them while I went to work, they need mom to be there for them to go to School Assembly, trips, to be there, to give them Structure make sure they made it to School every day, My Husband was a Strong Family man, Carlos didn't hang the streets, we lived with Rules and Values, Carlos went to South Shore High, School, where gangs tried to run the place, Gangs through Carlos through Walgreens Window & Gang Bangers, because he wouldn't join their Gang, he was raised with Morals

and Dignity, thats how he was raised, Graduated top of his class, Went to the Air Force Because his dad and I Didn't want him to Sur come all of the Gangs I was a Home Maker made Sure my Kids had Structure in there Lives, 6 years in the Air Force Carlos Became a Man with Values, He was always trying Hard, as a Kid he Shoveled Snow trying to make Money, he Delivered Papers for Grocery Stores was always trying hard he was Kind to Everyone, Generous if he had a dime all his Friends could get a Nickle from him, Carlos as a Man, Try to take care of Everyone he Knows, he paid Friends Gas bills, he bought Friends Food bought his Nephews Cars So they could got back & Forth to School always there for Mom, Sisters, brother even Strangers I told him Carlos you can not Save the World Anything Mom Need he always there Cousins, Aunts, Uncles, Friends Family, I'm his mom, I told him

Carlos, you're not God, you can't save Everyone, he can't get a dime from Anyone if he needs it, when he was incarsinated he couldn't get a dime from Anyone but his Family, Carlos is too Generous wheather you believe it or not, I swear to God, I would not lie but he a Human Being that takes Cure of everyone I'm the proudest Mom of all my Heart cry for him, he's to Warm, Wonderful, He has a Heart for Everyone that need he help everyone he Knows, I'm his Mom I know you think I'm Bias, Sometime my Heart Hurt for him trying to Save the Dam World,
His Character is Wonderful Because he's too Caring. The reason he went to Jail is trying to Help Everyone, He said mom I'm tired of all my Friends being Poor, So he gave them Money they should not have got from their income tax, I cried and

Said to him you Cannot Save the World, if he could he would have, And he Payed for it, not them, if thats not giving you a Sense of his Character what is, Criegs Attended Church Every Sunday.

Our Lady of Peace, 79th South Shore Catholic Church, Pgn: Mrs Lillian Smith Moms His Mother

Please Excuse th Hand Writing I did the best I could Im 74 years of Age Eye Sight isn't what it use to be. Carlos and Mom still Attend Church to this Day,

Lawyer's, Contact Information
53 West Jackson Street, Suite 1505
Chicago Illinois, 60604

Phone 312-525-2017
Dsinger @ Bedisinger.com
Attention Dena M. Singer
(312) 525-2017