# Exhibit 4

To whom it may concern,

My name is Laurie Collier and I'm a first cousin to Carlos Smith.

I am the eldest of two siblings. My mom and dad were hard-working middle-class citizens. My dad was a veteran in the Army, and he was a Vietnam Veteran, born and raised in Little Rock, Arkansas. My mom was a case worker for the Illinois of Public Aid for over 32 years.

My siblings are hardworking and productive individuals as well. My sister does logistics for a trucking company, and she has one daughter 12 years old. I have a brother that has a baseball camp in Illinois and Georgia. He played Major League Baseball for several major league teams prior to retiring.

I've worked mostly in local government City of Chicago Mayor's Office, I resigned after almost three years and went to the Cook County Government and after 6 years I was offered a job with an opportunity to grown and advance with the Illinois Attorney General's Office, where I am currently working. I sincerely enjoy the work that I do because it's rewarding and so fulfilling. My goal is to counsel the youth in the inner-city and provide support to them to let them know that someone cares. I have a PhD in Community Psychology and I am eager to see where I land next.

I shared my goals and ideas with Carlos, and as always, he is a very loving individual that has always been so supportive of our family, and his unwavering support and encouragement to me is by far unparalleled to any support that I have received from any other family member. He's like a brother to me and he is the epitome of a family oriented individual. He has encouraged me so many times that I have lost count. Carlos is considered one of the staples within our family because he continues to demonstrate that he cares about his family. I simply love my cousin and our heart-to-heart talks that we indulge in whenever we connect with each other, whether its on the phone, Carlos always makes time to check in and check on his family.

Carlos is one of the most generous and supportive individuals that I know. Carlos is known as a "free-hearted" person, and he has always been there for me and several friends and family members. Carlos is truly one of the most supportive family members in our family members in our family. He has always demonstrated a level of support and his loyalty is rare and yet common in families that are family oriented and supporting his immediate family without skipping one beat.

During our childhood Carlos mother was sweet and loving, but the discipline came from his father. His father carried a no-nonsense disposition, while at the same time he supported and provided for his family and never missed a beat. His father was extremely serious with his family, but he was the sort of uncle that instilled values in every kid that he came across and he always used values as the reason that allows good people to remain on the track of productive human beings. Carlos was the eldest child and he had responsibilities as an eldest child that mirrored most of the eldest children, but what separated Carlos' childhood and others is that he had a father that we are strict, but at the same time so loving and caring of both his immediate family and all his relatives.

Coming up Carlos was such the model of a "smarty-pants" his world views and outlook on life is so uniquely inspiring and his views on life is always based on family support. I can't seem to remember a time that Carlos was not supportive of his family.

Carlos is a very fun and loving individual, and he is always the life of the family gatherings and I've witnessed that he's the life of some of his closest friends' gatherings as well. I simply love my cousin and I always feel so safe and comfortable with sharing personal experiences and situations with my cousin Carlos.

I would be remised not to mention his relationship with his mom. He's very caring and he loves his mom so much. I always wished that my brother would love our mom the way that Carlos cares for his mother, again this is a testament to his character and the type of person he is.


In closing, Carlos is an outstanding Black Male that all his family member always looks up to and he continues to challenge himself with being a good person to everyone that he encounters.

I simply love my cousin with all my heart.

Sincerely,

*[signature]* 8/22/2022

Dr. Laurie T. Collier