# Exhibit 5

8/21/2022

To whom it may concern,

I am writing this letter on behalf of Carlos Smith my name is Deron L. Glover. I am the moderator for the Leadership Council at First Baptist Church of Park Forest. I have known Carlos for about 4 years. I met him after church, where he attended with his mother Faithfully every Sunday. He was a good contributor and a faithful servant for the church, whenever he was called upon to do something. He did it without hesitation and genuinely from his heart.

I am disabled it is hard for me to get around sometimes. Carlos would always offer to help, whether it was a ride to go shopping a ride to the laundromat or to help fix something at the church. Carlos was always there. As far as I'm concerned, Carlos is a mighty man of God never quick to take offense but always willing to reconciliate. I can tell he was raised by loving parents that taught him the values of being a man and doing what's right.

He was raised as far as I know the kind of kid to be home when the street lights came on, to come home straight from school, change out of your school clothes into your play clothes and have respect for elders. I'll be righteous, during the pandemic the church was closed. We were having service on Zoom, Carlos and his mother were always there on the Zoom every Sunday.

He always made sure his tithes were paid to the church, which help us stay going. Dedicated people like him are the only reason we are still open. I feel he is honest generous and thoughtful towards others. I know his mother has fallen ill and he is there to take her to dialysis, doctor's appointments and go get her medicine. He has really stood up to see her through this tough time.

In my opinion Carlos is a very stand-up man. I really can't say anything bad about him. He has never showed me nothing but kindness and love and also to the people at the church.

This letter was respectively written by Deron L. Glover, Deacon and Moderator of First Baptist Church of Park Forest Illinois.

*Deron L. Glover*
*Deron L Glover*