# Exhibit 7

Myosha WEBB
21353 Old North Church Road
Frankfort IL 60423
8/13/22   773 875-6084
RE: Carlos Smith

8/13/22

To whom it may concern

I have know Carlos Smith for a less 12 years. And now we are engaged to be husband and wife. It troubled me and suprized me to find Carlos Smith in troubled again. I know how hard he worked on being reformed. That why I am pleased to write this letter of reference for Carlo Smith. I understand the seriousness of the matter, however, hope the court will show some lenirncy

Carlos attend Church and help in the community. Carlos is a very loving and caring person. He would help anyone. Carlos stepped in to be a very supportive father figure in my children and grand-children lives.

I know that covic may have played apart of his bad decisions. When he got out covic hit hard and had his world upside down. Me having covic and then him. I know he was trouble about providing for household.

It is my sincere hope the court take this letter in ~~cord~~ consideration at time of sentencing. Despite the current case I know Carlos Smith is a good honorable person. I believe he has learned and except accountability for his mistake. I believe due current situtions he was not in his right mind and was shaking up about the world shutting down due to Covic

Sincerely,
M. E~~~
Carlos Smith