# Exhibit 8

To whom it may concern

My name is Amber Holmes and I am a property manager in the Chicago area. I have had the pleasure of knowing Carlos Smith for over 10 years now. I have enjoyed getting to know Carlos and being able to acknowledge him as a very good friend. Almost family you might say. I met him through his cousin Laurie Collier who is a really great friend of mine. He is one of the most admirable individuals I know. He's honest and carries himself with a level of integrity that you can just feel. He is a kind man who loves his family and shows it. He's incredibly smart when it comes to business, accounting, grant writing and really anything you may need help with. He's a very fun individual who is always the life of the party and just wanting everyone to be together and have fun. He loves his mom dearly and would do anything for his family! I truly love Carlos.

Best

Amber Holmes

8-27-22