# Exhibit 9

To whom it may concern,

I am writing to you regarding my **nephew, Carlos Smith. I'm 75 years old and my nephew has always been an amazing nephew and so respectable to me.**

I have obviously known **Carlos** for a good chunk of **his** life, and though my family connection might make me slightly biased, I still feel that I am a good enough judge of character to be considered a fair reference.

**Carlos** is a person of good moral character, who comes from a strong family. Our family has always believed in hard work, integrity, and goodwill toward others, and **Carlos** has retained all those beliefs. **He** knows what it means to do an honest day's work, and also recognizes the value of **his obligations as a producer.**

In fact, Carlos is the kind of person who doesn't settle for a standard answer given by what society may deem the norm, his goal is to create above all standards and beyond those that might consider the norm in our society as the mark. If **he** wishes to know more about a particular subject he will make the effort to find a book and read up on it, you can say that he continues to self-teach, and he is the epitome of an out-the-box thinker. These kinds of endeavors are not graded in school, and oftentimes, there is no reward for those remarkable attributes, because it's so rare and not the typical "norm".

In **his** personal life, **Carlos** has many allies, among whom **he** is quite well respected and liked. **He** never has a bad word to say about anyone, and **his** kindness and benevolence are unparalleled.

By now I hope you've gotten the understanding that **Carlos** is the ideal character and model citizen, and he's the same person that served in our United States military. Please contact me if you would like to discuss **his** qualities any further.

Sincerely,

**Auntie Beverly A. Collier**