# Exhibit 10

August 23, 2022

To Whom it may concern,

I am Dr. Karon Motley Croswell and I have a Ph.D. in Community psychology. I work with communities rebuilding and moving forward with their lives. I am currently a program Director for a mobile crisis response team. We support the homeless, substance abuse, and mental behavior. I am writing this letter on behalf of Mr. Carlos Smith, whom I know through family for years. I am very close with one of him family member who always speaks highly of him which I find to be very encouraging and endearing, to know his family thinks well of him too. I know Carlos to be an individual of good character. Since he was very young, he has been friendly and helpful to both the children, his peers, seniors, and family, always willing to help and support with small tasks such as carrying groceries and words of encouragement against bullying.

I know he will do his best to be proactive and effective as a good citizen and community member. As a community psychologist I am willing to network and see that he is surrounded with people who have good intentions too. I have good faith in Carlos and as an advocate, I ask for fairness and lenience. Thank you for this opportunity to speak on his behalf.

Dr. Karon Motley Croswell

Dr. Karon Motley Croswell, August 23, 2022

Community Psychologist,
Program Director,
Kirby Rehabilitation
Comfort Zone Mobile Response Team (KRCZMRT)