# Exhibit 11

August 23, 2022

To Whom It May Concern:

I am writing this letter in regard of Carlos Smith.
My name is Kimberly Bailey, I am his previous wife. I'm employed by the Board of Education. Carlos and I were married for seven years in 2005 prior we dated for Three years.

During that time, I notice how much he cared for people and his willingness and determination to make sure everyone was okay. Carlos is a beautiful person because of his amazing heart. He has always sacrificed his needs for others. No matter the time or day he's reliable and determine to help anyway he can.

People seem to gravitate to his outgoing personality, he's popular and productive in the community. Carlos offers advice and information to help others in need. His knowledge of business and education is an access to all. Therefore, everyone depends on him for advice and to keep them informed on currant information. He has offered advice to help veterans, business owner, people looking to start a business, friends and family etc.

I can honestly say Carlos is loved by friends, family and the community. He has been in my life for twenty years and I have never stopped loving him. Because, of his amazing heart we have remain best friends over the years. I have learned so much by having him in my life, what stands out to me the most Is he has taught me to know my worth and to never settle for less, that's one of the things that has such great value and I will never forget.

Sincerely,
Kimberly Bailey