# Exhibit 13

Shaniqua Webb　　　　　　　　　　　　　　　　　　　　　　　　　　Sep 1, 2022

To whomever it may concern

Carlos has been a father figure in my life for over 10year. He has taught me the importance of life and shooting for the stars. Because of Carlos I became a great woman. I Graduated from college with his help and also created/opened my very own business. These different things have helped me become a better person for my family. With many different obstacles that come my way in life, Carlos is there to show up and push me through it. He has also been a great male figure in my two sons' lives. They love spending time with him and he has been grooming them into great young men. I know with Carlos in my son's life they will be better men. He makes sure we are present in church every Sunday. He shows up to church with his mother who he helps daily with her dialysis. His mother has been ill but he has been there for her ensuring that she continues to get better and receive everything she needs to get by. I'm praying the judge is fair and considerate, and that he looks into his heart to be compassionate/lenient because overall Carlos Smith does mean well.

Sincerely, Shaniqua Webb

*S. Webb*