**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

UNITED STATES OF AMERICA
                                    Plaintiff,

v.                                                      Case No.: 1:20–cr–00922
                                                       Honorable Manish S. Shah

Carlos Smith
                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 23, 2023:

     MINUTE entry before the Honorable Manish S. Shah: as to Carlos Smith. Sentencing held. The court orally pronounces sentence. The court commits defendant to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 48 months, on Counts 1 and 4 to be served concurrently. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years, with conditions as stated on the record. The defendant is ordered to pay restitution in the amount of $421,900.00 and a special assessment of $200, due immediately. Judgment and commitment order shall follow. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.