UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 20CR00922 |
| v. | ) | |
| | ) | |
| | ) | |
| CARLOS SMITH | ) | |

## UNOPPOSED MOTION TO EXTEND TIME FOR SELF-SURRENDER

Defendant, CARLOS SMITH, through his attorney, Bedi & Singer, LLP, respectfully requests that this Court extend the time for self-surrender until June 5, 2023. In support, Defendant, states as follows:

1. On June 22, 2023 Mr. Smith pled guilty.

2. On February 23, 2023, Mr. Smith was sentenced to 48 months BOP. (Dkt. 57).

3. Mr. Smith was ordered to self-surrender to the Bureau of Prisons: before 2:00 pm on 4/25/2023 (Dkt. 59).

4. Mr. Smith's family is making arrangements for a family member to come help his mother while Mr. Smith is incarcerated. The family will be able to have those arrangements in place by the first week of June. Furthermore, Mr. Smith has a meeting with Social Security that he would like to attend before he surrenders.

5. Mr. Smith requests his self-surrender date be continued to June 5, 2023.[1]

6. The undersigned counsel has conferred with the government who does not object to this request.

---

[1] As of the date of this filing Mr. Smith has not been made aware of his designation.

Wherefore, it is respectfully requested the Court extend the time for self-surrender until June 5, 2023.

By: s/ Dena M. Singer

Dena M. Singer
Bedi & Singer, LLP
53 West Jackson Blvd, Suite 1505
Chicago, IL 60604
Phone: (312) 525-2017
dsinger@bedisinger.com
**Attorney for Defendant**

## Certificate of Service

I, Dena M. Singer, hereby certify I caused a copy of the foregoing Motion to be served on upon the Assistant United States Attorney by causing it to be electronically filed with the Clerk of the Court using the CM/ECF system.

/s/ Dena M. Singer
Dena M. Singer